# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced April 16, 2008

08-0142       IN RE  DELTA LLOYDS INSURANCE COMPANY OF HOUSTON, TEXAS

*- consolidated with -*

08-0208       IN RE  HURRICANE RITA HOMEOWNERS' CLAIMS

Pursuant to Rule 13.3(j) counsel for movant is ordered to file with the clerk, by 5:00 p.m. on April 23, copies of the following documents:  (1) the Requests for Production and Interrogatories to Delta Lloyds (No. 08-0142) and (2) the petitions and the Requests for Production and Interrogatories to the insurance companies in the Hurricane Rita cases (No. 08-0208).